# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-4298

_____

Dennis Horton,                                    *
                                                  *
             Appellant,                           *
                                                  *
      v.                                          *
                                                  *
Michael Deloney, Disciplinary Hearing             *
Officer, Central Office, Arkansas                 *   Appeal from the United States
Department of Correction (originally              *   District Court for the
sued as Micheal Deloney); Greg                    *   Eastern District of Arkansas.
Harmon, Warden, Maximum Security                  *
Unit, Arkansas Department of                      *   **[UNPUBLISHED]**
Correction; Roger D. Shelton,                     *
(originally sued as R. Shelton), Field            *
Lt., Maximum Security Unit, Arkansas              *
Department of Correction,                         *
                                                  *
             Appellees.                           *

_____

Submitted:  February 7, 2001
    Filed:  February 8, 2001

_____

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

After Arkansas inmate Dennis Horton was written up and found guilty of disciplinary charges involving possession of alcohol and drugs, he brought this 42 U.S.C. § 1983 action against some of the prison officials involved. The district court[1] dismissed his complaint, and this appeal followed. Having carefully reviewed the record and the parties' briefs, we agree with the district court, for the reasons explained in its order, that Horton's complaint failed to state a constitutional violation.

Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The HONORABLE STEPHEN M. REASONER, United States District Judge for the Eastern District of Arkansas, adopting the findings and recommendations of the HONORABLE H. DAVID YOUNG, United States Magistrate Judge for the Eastern District of Arkansas.